# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2020

### NO. 03-19-00254-CV

**Melody Alecia Moore Jaehne, Appellant**

**v.**

**Leexus Oil and Gas, LLP, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF LEE COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on January 22, 2019. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.